# BAKER LAW FIRM LLC
### 3110 East Market Street Suite B
### York, Pennsylvania, 17402-2512
_____

(717) 600-2900                                          FAX: (717) 600-8042

VIA ECF ONLY

February 17, 2015

U. S. Bankruptcy Court
P.O. Box 908
Harrisburg, PA 17108-0908


      RE:    Jack H. Mauzy
               Chapter 13 Bankruptcy
               Case No. 1:11-bk-08368-RNO

Dear Clerk:

Please update your records to reflect a change of address for the following general
unsecured creditor in the above-referenced case, to be as follows:

Gordon &  Weinberg PC
375 E. Elm St
#210
Conshohocken, PA 19428-1973

Very truly yours,

BAKER LAW FIRM LLC

/s/ Timothy A. Baker


_____
Timothy A. Baker, Esquire